UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,

vs.

UNISON-ALTO HOOPER, LLC, a Foreign
Limited Liability Company,

        Defendant.

Case No.: 3:18-cv-00579-PGS-LHG

SO ORDERED: [signature]
DATED: 11/27/18

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

s/Keith Harris
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date: 11/26/18

s/Emily Park
Emily Park, Esq.
Cole, Schotz, P.C.
25 Main Street
Court Plaza North
Hackensack, NJ 07601
Telephone: (201) 525-6288
Facsimile: (201) 678-6288
epark@coleschotz.com
*Attorneys for Defendant*
Lindsay A. Thompson, Esq.
Friedlander, Misler, PLLC
5335 Wisconsin Avenue, N.W., Suite 600
Washington, DC 20015
Telephone: (202) 872-0800
Facsimile: (202) 872-8343
lathompson@dclawfirm.com

Date: 11/26/18